FILED
CLERK
12:42 pm, Feb 12, 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
STEPHANIE L. KOHOVICH,

           Plaintiff,

    -against-

NANCY A. BERRYHILL, ACTING
COMMISSIONER OF SOCIAL SECURITY,

           Defendant.
---------------------------------------------------------------X

**ADOPTION ORDER**
16-cv-6990 (ADS) (GRB)

**APPEARANCES:**

**The DeHaan Law Firm P.C.**
*Attorney for Plaintiff*
300 Rabro Drive East, Suite 101
Hauppauge, NY 11788
    By: John W. DeHaan, Esq., Of Counsel

**United States Attorney's Office for the Eastern District of New York**
*Attorney for the Defendant*
271 Cadman Plaza East, 7th Floor
Brooklyn, NY 11201
    By: Candace Scott Appleton, Assistant United States Attorney

**SPATT, District Judge.**

On December 19, 2016, the plaintiff, Stephanie L. Kohovich (the "Plaintiff"), commenced this appeal pursuant to the Social Security Act, 42 U.S.C. § 405 *et seq.* (the "Act"), challenging a final determination by the defendant, Nancy A. Berryhill, the Acting Commissioner of the Social Security Administration (the "Defendant" or the "Commissioner"), that she is ineligible to receive Social Security disability insurance benefits. Presently before the Court are the parties' cross motions [Docket Entry 14, 16], pursuant to Federal Rule of Civil Procedure 12(c) for a judgment on the pleadings.

On September 10, 2018, the Court referred this matter to United States Magistrate Judge Gary R. Brown for a recommendation as to whether the cross motions for judgment on the pleadings for either party should be granted, and if so, what relief should be ordered.

On January 28, 2019, Judge Brown issued a Report & Recommendation ("R&R") recommending that the case be remanded for further proceedings consistent with the R&R.

More than fourteen (14) days have elapsed since service of the R&R on the parties, who have failed to file an objection.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed the R&R for clear error, and finding none, now concurs in both its reasoning and its result.

Accordingly, the R&R is adopted in its entirety.

**SO ORDERED.**

Dated: Central Islip, New York
February 12, 2019

                                                                                              _/s/ Arthur D. Spatt_
                                                                                                ARTHUR D. SPATT
                                                                       United States District Judge